148 July 1, 2026 No. 609

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KAIN GABRIEL FINE,
*Defendant-Appellant.*

Marion County Circuit Court
24CR57125; A186807

James C. Edmonds, Judge.

Submitted May 8, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

EGAN, J.

Reversed and remanded for entry of amended judgment omitting the terms "and other assessments" and "and assessments"; otherwise affirmed.

_____
\* Determined by a two-judge department as authorized by ORS 2.570(2)(b).

**EGAN, J.**

Defendant appeals a judgment of conviction for second-degree assault. That judgment includes a provision concerning imposition of "other assessments" without further notice to defendant and without further court order. Defendant argues that inclusion of that provision was error, and the state agrees that, "under *State v. Martinez*, 347 Or App 273, [587] P3d [428] (2026), the trial court erred" and that, "[a]s in *Martinez*, this court should reverse and remand for entry of an amended judgment deleting the terms 'and other assessments' and 'and assessments' from the judgment." We agree with and accept the state's concession.

Reversed and remanded for entry of amended judgment omitting the terms "and other assessments" and "and assessments"; otherwise affirmed.